IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| HEILIG-MEYERS COMPANY, et al., | ) | |
| | ) | Case No. 00-34533 (DOT) |
| Debtors. | ) | |
| | ) | Jointly Administered |

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK )

      Joseph B. Mays, Jr. being duly sworn, deposes and says that he is not a party to the within action, is over the age of 21 years and resides in Rego Park, New York.

      That on the 7th day of October 2000, he caused to be served the DEBTOR'S REPLY TO THE EQUITY COMMITTEE'S OBJECTION TO DEBTOR'S APPLICATION TO RETAIN LAZARD FRERES & CO. LLC AS INVESTMENT BANKER AND FINANCIAL ADVISOR (the "REPLY") by overnight delivery upon the persons and at the addresses as set forth on the attached Exhibit A, by having true and correct copies of the REPLY which were secured in properly addressed wrappers, to be placed in the custody of Federal Express, whose standard practice is to deliver the next day all such wrappers to the indicated addressee.

                       /s/ Joseph B. Mays, Jr.
                         Joseph B. Mays, Jr.

Sworn to before me this
8th day of November, 2000

/s/ Dana Cohen
Notary Public

Dana Cohen
Notary Public, State of New York
No. 01CO6047127
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires August 28, 2002

810580.5

## EXHIBIT A

Michael S. Stamer, Esq.
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
590 Madison Avenue
New York, New York 10022

Gregg R. Nivala, Esq.
Office of the United States Trustee
11 South 12th Street - Suite 224
Richmond, Virginia 23219

Tyler Brown
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

John H. Maddock, III
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219