FILED

RICHMOND DIVISION

SEP - 8 2009

CLERK
U.S. BANKRUPTCY COURT

Judge's Chambers

# United States Bankruptcy Court

EASTERN DISTRICT OF VIRGINIA
701 EAST BROAD STREET, FIFTH FLOOR
RICHMOND, VIRGINIA 23219-1888

**DOUGLAS O. TICE JR.**                                    (804) 916-2460
CHIEF JUDGE

August 20, 2009

Mr. Dwight Springfield
P.O. Box 412
Greenville, MS 38702-0412

In re: Heilig-Meyers Company, Case No. 00-34533

Dear Mr. Springfield:

The Court has received your recent submission in this case in which you allege misconduct on the part of the debtor in possession in this case for failing to comply with the terms of the order entered December 6, 2007. In that order, your claim filed as number 9286 was allowed as a general unsecured claim in the amount of $4,320.00.

Please be advised that there has been no distribution to holders of unsecured claims in this case. In future, you may refer to the debtor in possession's post-confirmation status reports, which are filed pursuant to section 1106(a)(7) of the Bankruptcy Code, to determine whether a distribution has been made to general unsecured creditors. The most recent report was filed on March 19, 2009.

Yours very truly,

*Douglas Tice*

Douglas O. Tice Jr.

Copies:

Catherine Elizabeth Creely
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave. NW
Washington, DC 20036

Bruce H. Matson
LeClair Ryan, A Professional Corporation