# IN THE UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT, RICHMOND VIRGINIA



In Re:

Heilig-Meyers Furniture Company, et al

Debtors,
*Jointly Administered*

RICHMOND DIVISION

F )
I )
L ) AUG 1 6 2010
E )
D )
CLERK
U.S. BANKRUPTCY COURT

Request and/or Demand for
F Relief with Proposed Order
I
L
E Case No. 00-34533
D Claim No. 009286

**NOW COMES** Claimant, with this 4th Amended Request and/or Demand for relief to be entered against the Debtors under chapter of this title hereon *11 USC SPECIFIED IN THIS REQUEST.*

1.

The Claimant wishes to adopt his initial and previous Requests and/or Demand for Relief submitted to this Court including all evidence, complaints and other relevant material in connection with this matter.

2.

Your Honor, the debtors has not taken all the necessary actions in resolving the Claimant's claim(s) entered by Order by this Court, dated December 6th 2007, to date. The Debtors fail and still fails in doing so. The Claimant demands full relief based on this disregard of the Court's Order.

**WHEREFORE PREMISES CONSIDERED,** Claimant Demand relief set forth in his initial and adoptive Demand for Relief for the intentional and negligent misconduct of the Claimant's claim(s) and for such further relief as this Court enters against the Debtors as a Default.

**RESPECTFULLY SUBMITTED,**

This, the_____day of August, 2010.

## CERTIFICATION

I, **Dwight Springfield**, Claimant in the above styled and numbered cause, certify that I have this

day mailed, postage prepaid, a true and correct copy of the above foregoing, to the following:

**Mr. David Garlock, Trustee**
**2701 North Rocky Point Drive, Suite 183**
**Tampa, Florida 33607**

F:\USER\dspringfield\Springfield-Ltr.-Hon. William C. Redden\Bankruptcy Clerk mwd 8.9.2010

Mr. Dwight Springfield
P.O. Box 412
Greenville, Mississippi 38702-0412

August 9th 2010

Hon. William C. Redden,
In the Bankruptcy Court for the Eastern Division
701 East Broad Street, Suite 4000
Richmond, Virginia 23219-2515

    RE:    00-34533; Claim No. 009286

Dear Mr. Redden:

As of today, the Debtors has not complied with the Judge's Order in resolving the Claimant's claim(s).
If you should have any questions with respect to this matter, please do not hesitate to contact me at your earliest convenience and with kind regards, I remain,

Chivalry yours,

DWIGHT SPRINGFIELD

(w/encl.)